ORDERED UNSEALED on 06/18/2024 s/ andreasar

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SEALED

s/ A. Santiago

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAMAR DONTE JOHNSON,<br>aka JAMAR DONTAE JOHNSON,<br>Defendant. | Case No.: 24MJ2033<br>COMPLAINT FOR VIOLATION OF:<br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about July 02, 2023, within the Southern District of California, defendant Jamar Donte Johnson, aka Jamar Dontae Johnson, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a loaded semi-automatic 9mm Smith and Wesson Shield handgun; in violation of Title 18, United States Code, Section 922(g)(1).

Jwan Rafo

Jwan Rafo, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 22nd day of May 2024.

David Leshner

HON. DAVID D. LESHNER
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

On July 02, 2023, San Diego Police Department ("SDPD") Northern Crime Suppression Team ("CST") Officers were patrolling in the City of San Diego near 1936 Quivira Way. Officers observed a charcoal colored 2011 Mazda, bearing CA license plate number 9HON165 ("vehicle"), fail to stop at a stop sign in violation of California Vehicle Code § 22450. Due to their position, the officers advised a nearby unit of their observation and directed them to initiate a traffic stop. Corresponding officers initiated a traffic stop of the vehicle which yielded near 2200 West Mission Bay Drive.

The vehicle was occupied by the driver, D.E., the front seat passenger, Jamar Johnson ("Johnson"), and rear seat passengers, M.M. and D.W. Upon initial contact, officers noticed a heavy odor of an alcoholic beverage emanating from within the vehicle. Officers observed a water bottle filled with a brown liquid in M.M.'s possession, which M.M. admit was liquor.

Officer conducted records checks of the occupants which revealed Johnson was a convicted felon who had an active misdemeanor warrant from September of 2022, and that D.W. had a 4th waiver for a firearm from August of 2021. The officers directed all occupants to exit the vehicle.

During a pat down search of Johnson, officers recovered a loaded semi-automatic 9mm Smith & Wesson, Shield handgun, bearing serial number JEU8399, in Johnson's waistband concealed in a black holster. The handgun was loaded with one round in the chamber and 7 rounds in the magazine. Preliminary record checks of the handgun confirmed it was unregistered.

During the search of Johnson, Officers also discovered a small clear vile which contained a brown tinted liquid in Johnson's right pant pocket. Preliminary laboratory analysis confirmed the substance to be Phencyclidine or phenyl cyclohexyl piperidine (commonly referred to as "PCP"), a Schedule II, controlled substance.

//

//

Records checks on Defendant revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 01/20/2004 | CASC – San Diego | Cal. H.S. § 11350(A) – Possess Narc. Controlled Substance (Felony) | 2 years prison |
| 01/13/2005 | CASC – San Diego | Cal. P.C. § 12020(A)(1) – Manufacture/Possess Dangerous Weapon (Felony);<br><br>Cal. H.S. § 11351.5 – Possess/Purchase Cocaine Base for Sale (Felony); | 4 years prison |
| 11/06/2013 | CASC – San Diego | Cal. H.S. § 11377(A) – Possess Controlled Substance (Felony) | 5 days jail, 3 years' probation with firearm restriction |
| 04/25/2014 | CAFBI – San Diego | Title 21 U.S.C. § 841(A)(1) and 846 – Conspiracy to Distribute Cocaine Base (Felony) | 65 months Bureau of Prisons, 3 years of Supervised Release |
| 03/21/2022 | CASC – San Diego | Cal. V.C. § 23151(B) – DUI with Enhancement Great Bodily Injury Child/Causes Death (Misdemeanor) | 20 days jail, 5 years' probation |

The firearms and ammunition were seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.

//

//

//

//

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.